■ JANE L. MARGOLIS et al., Respondents, v VOLKSWAGEN OF AMERICA, INC., et al., Defendants, and RAYMOND CASE et al., Appellants. (Appeal No. 2.) [907 NYS2d 892]—Appeals from an order of the Supreme Court, Monroe County (Harold L. Galloway, J.), entered December 4, 2007 in a personal injury action. The order, insofar as appealed from, denied the cross motions of defendants Raymond Case and Ray Case Floors, Inc. for summary judgment.

It is hereby ordered that said appeals are unanimously dismissed without costs (*see Loafin' Tree Rest. v Pardi* [appeal No. 1], 162 AD2d 985 [1990]). Present—Smith, J.P., Fahey, Sconiers, Pine and Gorski, JJ.